DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GENE ALLEN BROWN**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3328

[July 19, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Keyser, Judge; L.T. Case Nos. 502002CF002314AXXXMB and 502017MH0002304XXXXMB.

Gene Allen Brown, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***